IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01109-WJM-MEH

MARK FORD,

    Plaintiff,

v.

PRESTIGE FINANCIAL SERVICES, INC., and
LARRY H. MILLER GROUP OF AUTOMOTIVE COMPANIES,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 27, 2011.**

    Plaintiff's Unopposed Motion for Leave to File Verified First Amended Complaint [filed June 24, 2011; docket #17] is **granted**. Plaintiff asserts he is entitled to file this amended complaint as a matter of course pursuant to Fed. R. Civ. P. 15(a)(1); however, the time to do so has expired.[1] (Docket #17 at 1 n.1.)  In any event, the motion is unopposed and timely filed as the Court has not yet entered a schedule.  Pursuant to Fed. R. Civ. P. 15(a)(2), the Court finds justice requires permitting leave to amend; accordingly, the Verified Amended Complaint and Jury Demand located at docket #19 is accepted and entered as filed.

---

[1] Fed. R. Civ. P. 15(a)(1)(B) prescribes that a pleading may be amended once as a matter of course within 21 days after service of a responsive pleading or Rule 12(b) motion.  Thus, the deadline for amendment as a matter of course was June 13, 2011.