IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.   11-cv-01109-WJM-MEH | Date:   July 12, 2011 |
| Courtroom Deputy:    Cathy Coomes | **FTR – Courtroom A501** |

| | |
|---|---|
| MARK FORD, | Rosemary Orsini |
| Plaintiff, | |
| v. | |
| PRESTIGE FINANCIAL SERVICES, INC., | Raymond Martin |
| Defendant. | |

**COURTROOM MINUTES/MINUTE ORDER**

**SCHEDULING CONFERENCE**

**Court in session:**      9:32 a.m.

Court calls case.  Appearances of counsel.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:

Argument and discussion regarding Defendants' Motion for Submission of Exhibit under Seal for Consideration at July 12, 2011 Scheduling Conference (Doc. #23, filed 7/5/11).

**ORDERED:**   Defendants' Motion for Submission of Exhibit under Seal for Consideration at July 12, 2011 Scheduling Conference is GRANTED in part and DENIED in part as stated on the record.  The Court does not need to consider the exhibit; however, the exhibit will remain sealed.

Discussion regarding the proposed amount of time for Plaintiff's and Robert Avery's depositions.

**ORDERED:**   The Court will allow Plaintiff to take a trial preservation deposition of Robert Avery, after Defendants' 10-hour discovery deposition of Robert Avery.

Discussion regarding Notice of Mootness of Defendant Larry H. Miller Group of Automotive Companies' Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim (Doc. #31, filed 7/8/11) and Plaintiff's claims.

**Final Pretrial Conference:** **March 19, 2012, at 9:30 a.m.**
In addition to filing a PDF copy with the Clerk of the Court, counsel should **e-mail** the proposed Final Pretrial Order in **Word or WordPerfect format** to Magistrate Judge Hegarty's chamber's email account at Hegarty_Chambers@cod.uscourts.gov **one week prior to the conference.**

**Settlement Conference:** **November 4, 2011, at 10:00 a.m.**
Attorney(s) and Client(s)/Client Representative(s), including an adjustor if an insurance company is involved, with full settlement authority **are to be present in person** for the Settlement Conference. **One week prior to the conference,** each party shall prepare and submit **two** settlement documents: one to be submitted to the other party or parties, and the other to be submitted by email only to the Magistrate Judge. The documents which are presented to opposing counsel shall contain an overview of the case from the presenter's point of view, shall summarize the evidence which support that side's claims and may present a demand or offer. These documents should be intended to persuade the clients and counsel on the other side. In addition, the parties should address the approximate value of the case.

**Court in recess:** **10:07 a.m.**     **(Hearing concluded)**
**Total time in Court:** 0:35