IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01109-WJM-MEH

MARK FORD,

    Plaintiff,

v.

PRESTIGE FINANCIAL SERVICES, INC., and
LARRY H. MILLER GROUP OF AUTOMOTIVE COMPANIES,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 31, 2011.**

    Defendants' Stipulated Motion for Entry of Protective Order [filed August 30, 2011; docket #37] is **granted**.  The proposed Protective Order is accepted, issued and filed contemporaneously with this minute order.