**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 11-cv-01109-WJM-MEH

MARK FORD,

      Plaintiff,

v.

PRESTIGE FINANCIAL SERVICES, INC., and
LARRY H. MILLER GROUP OF AUTOMOTIVE COMPANIES

      Defendants.

_____

**ORDER GRANTING STIPULATED MOTION TO DISMISS**
_____

This matter comes before the Court on the Parties' Stipulated Motion to Dismiss

filed January 27, 2012 (ECF No. 63).  The Court being fully advised hereby ORDERS

as follows:

The Parties' Stipulated Motion to Dismiss is GRANTED.  The above-captioned

matter is DISMISSED WITH PREJUDICE.  Each party shall pay its or his own attorney's

fees and costs.

Dated this 30th day of January, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge