**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 11-cv-01109-WJM-MEH

MARK FORD,

    Plaintiff,

v.

PRESTIGE FINANCIAL SERVICES, INC., and
LARRY H. MILLER GROUP OF AUTOMOTIVE COMPANIES

    Defendants.
_____

**ORDER GRANTING STIPULATED MOTION TO DISMISS**

_____

This matter comes before the Court on the Parties' Stipulated Motion to Dismiss filed January 27, 2012 (ECF No. 63).  The Court being fully advised hereby ORDERS as follows:

The Parties' Stipulated Motion to Dismiss is GRANTED.  The above-captioned matter is DISMISSED WITH PREJUDICE.  Each party shall pay its or his own attorney's fees and costs.

Dated this 30th day of January, 2012.

                                                            BY THE COURT:

                                                            William J. Martínez
                                                            United States District Judge